1
2
3
4
5
6

FILED
CLERK, U.S. DISTRICT COURT

NOV 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

7

# UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,           )      Case No.: CR 01-29
                                        )
11                 Plaintiff,           )      ORDER OF DETENTION
                                        )
12                                      )      [Fed. R. Crim. P. 32.1(a)(6);
          vs.                           )       18 U.S.C. § 3143(a)]
13                                      )
                                        )
14  Emanuel Darnel Manteca             )
                    Defendant.          )
15  _____  )

16

17        The defendant having been arrested in this District pursuant to

18  a  warrant  issued  by  the  United  States  District  Court  for  the

19  Central District of Cal          for alleged violation(s) of the terms and

20  conditions of his/her [probation] [supervised release]; and

21        The  Court  having  conducted  a  detention  hearing  pursuant  to

22  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24  A.    ( )  The defendant has not met his/her burden of establishing by

25        clear and convincing evidence that he/she is not likely to flee

26        if released under 18 U.S.C. § 3142(b) or (c).  This finding is

27        based on    See PSA report

28

and/or

B.    ( X )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:  See PSA report

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:    11/19/1ͻ

_____
UNITES STATES MAGISTRATE JUDGE